1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARIN GREENE,

11           Plaintiff,                    No. CIV S-04-0917 MCE DAD P

12       vs.

13   SOLANO COUNTY JAIL,

14           Defendant.                    ORDER

15   _____/

16           Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. §

17   1983.  On September 27, 2005, defendant Rourk filed a motion for summary judgment.  Before

18   the court are plaintiff's requests for extensions of time and appointment of counsel.[1]

19           Plaintiff first requests an additional sixty days to file his opposition to defendant's

20   motion for summary judgment.  Plaintiff's request was filed one day after the defendant's

21   summary judgment motion was filed.  The court will grant plaintiff only a limited extension of

22   time in light of plaintiff's failure to demonstrate that he has been working diligently on his

23   opposition or to explained why the requested extension of time is necessary.

24   _____

25           [1]   Plaintiff is advised that every document submitted to the court for consideration must be
     served on defendant.  Fed. R. Civ. P. 5.  In addition, plaintiff must file a certificate stating the date
     an accurate copy of the document was mailed to defendant or her attorney and the address to which
26   it was mailed.  See Local Rule 5-135(b) and (c).

1

1    Plaintiff has also requested the appointment of counsel.[2]  The United States

2  Supreme Court has ruled that district courts lack authority to require counsel to represent

3  indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298

4  (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of

5  counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

6  1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the

7  court does not find the required exceptional circumstances.  Plaintiff's request for the

8  appointment of counsel will therefore be denied.

9    Next, plaintiff requests funds for "investigative work and any other necessary

10  expenses relating to this case which will be paid by the losing party."  (Req. for Appoint. of

11  Assist. of Counsel and Expense Funds for Investigation, at 1.)  The expenditure of public funds

12  on behalf of an indigent litigant is proper only when authorized by Congress.  Tedder v. Odel,

13  890 F.2d 210 (9th Cir. 1989).  The in forma pauperis statute does not authorize the expenditure

14  of public funds for an investigators or for litigation expenses.  See 28 U.S.C. § 1915.  Therefore,

15  plaintiff request for funds to assist him in litigating his case will be denied.

16    Lastly, plaintiff requests additional time to review the deposition transcripts that

17  have been prepared by a court reporting service.  The court will not issue such an order.

18    Accordingly, IT IS HEREBY ORDERED that:

19    1.  Plaintiff's September 28, 2005 request for an extension of time to file his

20  opposition is granted in part;

21    2.  Plaintiff shall file his opposition on or before November 28, 2005;

22  /////

23

---

24    [2]  With his request for the appointment of counsel and expense funds, plaintiff has attached
a notice of change of address.  Plaintiff's address will be changed to Deuel Vocational Institution.
25  Plaintiff is advised that it is his responsibility to keep the court apprised of his current address at all
times.  Local Rule 83-182(f).  Plaintiff must notify the court immediately with a new address when
26  he is released from custody.

1    3.  Plaintiff's September 28, 2005 request for the appointment of counsel and for

2    litigation funds are denied; and

3    4.  Plaintiff's September 28, 2005 request for an extension of time to review

4    deposition transcripts is denied.

5    DATED: October 5, 2005.

6

7    _____
     DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

8

9    DAD:kf/4
     gree0917.31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26