IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN GREENE,

      Plaintiff,                     No. CIV S-04-0917 MCE DAD P

      vs.

SOLANO COUNTY JAIL,

      Defendant.               ORDER

_____/

      Plaintiff has requested a second extension of time to file and serve his opposition to defendant's September 27, 2005 motion for summary judgment. This request will be denied. On October 6, 2005, the court granted plaintiff an extension of time and ordered plaintiff to file his opposition to defendant's motion for summary judgment by November 28, 2005.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's October 12, 2005 request for an extension of time is denied.

DATED: October 19, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kf/4
gree0917.36