IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN GREENE,

      Plaintiff,                    No. CIV S-04-0917 MCE DAD P

   vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In light of defendant Rourk's motion for summary judgment, filed on September 27, 2005, the court will vacate dates for the filing of pretrial statements, pretrial conference and trial.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The February 10, 2006 deadline for the filing of plaintiff's pretrial statement and motion to obtain the attendance of witnesses, is vacated;

        2. The February 24, 2006 deadline for the filing of defendant's pretrial statement, is vacated;

        3. Pretrial conference set for March 3, 2006, and trial set for May 24, 2006 before the Honorable Morrison C. England, are vacated; and

       4.  New dates will be set, if necessary, following disposition of the pending motion for summary judgment.

DATED: February 15, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gree917.vac3