IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIN DEMETRIUS GREENE,

    Plaintiff,                        No. CIV S-04-0917 MCE DAD P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.                  ORDER

        Plaintiff has requested a 60-day extension of time to file objections to the findings and recommendations filed on July 24, 2006. Plaintiff states that he does not have access to the law library and his materials, and that he will be transferred in thirty-five days. The court will grant plaintiff a limited extension of time. However, no further extensions will be granted. The purpose of objections is to provide a party with the opportunity to inform the court which portions of the findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C). The statute provides a ten-day period for submitting objections. Here, the court has already provided plaintiff with twice the required time. In addition, in order for plaintiff to obtain a de novo review by the District Judge, he is not required to provide additional arguments or evidence.

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's August 14, 2006 request for an extension of time is granted in part; and

3     2. Plaintiff is granted fifteen days from the date of this order in which to file and serve his objections to the findings and recommendations.  Defendants' reply, if any, shall be filed five days thereafter.

DATED: August 21, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
green917.eot