UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN D. GREENE,<br><br>        Plaintiff - Appellant,<br><br>    v.<br><br>SOLANO COUNTY JAIL,<br><br>        Defendant - Appellee. | No.  06-16957<br>D.C. No.  CV-04-00917-MCE<br><br><br>**ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith     [  ]

Explanation: _____

_____

_____

_____


_____
    Judge   MORRISON C. ENGLAND, JR.
United States District Court

Date: _____ NOV 20 2006 _____