**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants SOLANO COUNTY erroneously sued herein as "Solano County Jail Claybank Facility) and LT. PEGGY ROURK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIN DEMETRIUS GREENE,<br><br>  Plaintiff,<br><br>vs.<br><br>SOLANO COUNTY JAIL (CLAYBANK FACILITY),<br><br>  Defendant. | CASE NO: CIV-04-0917 MCE DAD P<br><br>**STIPULATION AND ORDER RESETTING HEARINGS ON PLAINTIFF'S MOTION TO COMPEL DEPOSITION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ SUMMARY ADJUDICATION**<br><br>**OLD DATE**: May 8, 2009<br>**NEW DATE:** May 22, 2009<br>**TIME:**  10:00 a.m.<br>**CTRM:**  27<br>**TRIAL DATE:** None |

The parties in this matter, by and through their attorneys of record, hereby stipulate to the continuation of defendant's motion for summary judgment and plaintiff's motion to compel the deposition of LT. ROURK to May 22, 2009 at 10:00 a.m..

///
///
///
///
///
///
///
///

*Greene v. Rourke* [CIV S 04-0917-MCE DAD P]/Notice of Resetting Hearings          Page 1

The reason for this continuance is that defendant's counsel, Martha M. Stringer, underwent major surgery on May 1, 2009. She is currently convalescing at home and her calendar is not free until May 15, 2009. Additionally, it is in the interest of judicial economy to combine these two hearings.

Dated: May 5, 2009  WILLIAMS & ASSOCIATES

By: /s/ *Martha M. Stringer*
MARTHA M. STRINGER, CSB #156333
Attorneys for defendant LT. PEGGY ROURK

Dated: May 5, 2009  BOIES, SCHILLER & FLEXNER, LLP

By: /s/ *Fred Norton* (*original signature retained by counsel*)
FRED NORTON, CSB #224725
Attorneys for plaintiff DARIN GREENE

**IT IS SO ORDERED:**

The hearings on defendant's motion for summary judgment and plaintiff's motion to compel, currently scheduled for May 8, 2009, are rescheduled for May 22, 2009.

DATED: May 7, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gree0917.contin5-15