**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants SOLANO COUNTY
(erroneously sued herein as "Solano County Jail Claybank Facility)
and LT. PEGGY ROURK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN DEMETRIUS GREENE, <br><br> Plaintiff, <br><br> vs. <br><br> SOLANO COUNTY JAIL (CLAYBANK FACILITY), <br><br> Defendant. | CASE NO: CIV-04-0917 MCE DAD P <br><br> **STIPULATION AND ORDER REGARDING WITHDRAWAL OF OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND SETTLEMENT NEGOTIATIONS** |

The parties hereby stipulate that they are in settlement negotiations and further stipulate that, to that end, defendant ROURK will withdraw her objections to the Magistrate's Findings and Recommendations currently on file, subject to refiling in 30 days, should settlement negotiations prove unfruitful. Plaintiff's brief in response to defendant's objections is now due on July 20, 2009. The parties agree that plaintiff's

/////
/////
/////
/////
/////

*Greene v. Rourke* [CIV S 04-0917-MCE DAD P]/Stip Re: Settlement Negotiations                    Page 1

1  responsive brief will not be due on July 20, 2009, but within 10 days of defendant's
2  refiling of her objections, should the same become necessary.

3  Dated: July 20, 2009                    WILLIAMS & ASSOCIATES

4
                                           By: */s/ Martha M. Stringer*
5                                              MARTHA M. STRINGER, CSB #156333
                                               Attorneys for defendant, LT. PEGGY ROURK
6

7  Dated: July 20, 2009                    BOIES, SCHILLER & FLEXNER, LLP

8

9                                          By:*/s/ Fred Norton (signed by permission)*
                                               FRED NORTON, CSB # 224725
10                                             Attorneys for plaintiff DARREN GREENE

11

12                                **ORDER**

13         The parties shall advise the court in writing of the status of their settlement
14  negotiations by August 20, 2009.
15         IT IS SO ORDERED
16  DATED: July 27, 2009.

                                           _____
                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

20  DAD:4
    gree0917.stip125

*Greene v. Rourke* [CIV S 04-0917-MCE DAD P]/Stip Re: Settlement Negotiations                Page 2