1

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290

2   Sacramento, CA 95822
(916) 456-1122

3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

5

Attorneys for defendants SOLANO COUNTY

6   (erroneously sued herein as "Solano County Jail Claybank Facility)
and LT. PEGGY ROURK

7

8

9               **IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

10

11  DARIN DEMETRIUS GREENE,              )   CASE NO: CIV-04-0917 MCE DAD P
                                        )
12          Plaintiff,                  )   **STIPULATION AND ORDER**
                                        )   **REGARDING WITHDRAWAL OF**
13  vs.                                 )   **OBJECTIONS TO FINDINGS AND**
                                        )   **RECOMMENDATIONS AND**
14  SOLANO COUNTY JAIL (CLAYBANK        )   **SETTLEMENT NEGOTIATIONS**
    FACILITY),                          )
15                                      )
            Defendant.                  )
16  _____ )

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
_____
    *Greene v. Rourke* [CIV S 04-0917-MCE DAD P]/Stip Re: Settlement Negotiations          Page 1

Whereas, the parties are continuing in settlement negotiations and believe that further negotiations may be productive, the parties hereby stipulate that, to that end, defendant ROURK shall have an additional thirty days from the date of this stipulation to file (or refile) her objections to the Magistrates Findings and Recommendations on defendant's motion for summary judgment, should settlement negotiations prove unfruitful. The parties further agree that plaintiff's responsive brief will be filed within 10 days of defendant's refiling of her objections, should the same become necessary.

Dated: August 20, 2009          WILLIAMS & ASSOCIATES


By: */s/ Martha M. Stringer*
      MARTHA M. STRINGER, CSB #156333
      Attorneys for defendant, LT. PEGGY ROURK


Dated: August 20, 2009          BOIES, SCHILLER & FLEXNER, LLP


By:*/s/ Fred Norton (signed by permission)*
      FRED NORTON, CSB # 224725
      Attorneys for plaintiff DARREN GREENE


**IT IS SO ORDERED**

Dated: August 28, 2009


MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

*Greene v. Rourke* [CIV S 04-0917-MCE DAD P]/Stip Re: Settlement Negotiations      Page 2