1  BOIES, SCHILLER & FLEXNER LLP
   FRED NORTON (SBN 224725)
2  1999 Harrison St., Suite 900
   Oakland, CA 94612
3  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
4  Email:  fnorton@bsfllp.com

5  Attorney for Plaintiff Darin D. Greene

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARIN D. GREENE**, | Case No. CIV-04-0917 MCE DAD P |
| Plaintiffs, | **STIPULATION AND ORDER RE: DISMISSAL PURSUANT F.R.C.P. RULE 41(a)(1)** |
| vs. | |
| **SOLANO COUNTY JAIL (CLAYBANK FACILITY)**, | Magistrate Judge Dale A. Drozd |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  Each party shall bear its own fees and costs.  This dismissal shall serve as adjudication on the merits of all claims and issues raised, or which could have been raised, in this action.

Respectfully Submitted,

Dated: November 16, 2009         BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Fred Norton         .

FRED NORTON
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorney for Plaintiff Darin D. Greene

Dated: November 16, 2009         WILLIAMS & ASSOCIATES

By:   /s/ Martha M. Stringer         .

MARTHA M. STRINGER
1250 Sutterville Road, Suite 250
Sacramento, CA 95822
Telephone: (916) 456-1122
Facsimile: (916) 737-1126

Attorney for Defendant Lt. Peggy Rourk

<u>Attestation of Filer</u>

The signatory to this document is Martha M. Stringer, and I have obtained her concurrence to file this document on her behalf.

Dated: November 16, 2009                    BOIES, SCHILLER & FLEXNER LLP

                                            By:     /s/ Fred Norton                    .

                                            FRED NORTON
                                            1999 Harrison St., Suite 900
                                            Oakland, CA 94612
                                            Telephone: (510) 874-1000
                                            Facsimile: (510) 874-1460

                                            Attorney for Plaintiff Darin D. Greene

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gree0917.settle.ord